FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 0 2009

GREGORY C. LANGHAM
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____ 09CV01970 _____ BnB

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

CYNTHIA THOMPSON,

      Plaintiff, named as Plaintiff/Claimant,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff has submitted a letter to the court and a "Civil Complaint to Review the

Unfavorable Decision of the Social Security Administration - Appeals Council Action."

She has failed either to pay the $350.00 filing fee or to file a Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant

to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if she wishes to pursue her claims. Any papers that the Plaintiff files in

response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
| | | |
|---|---|---|
| (1) | X | is not submitted |
| (2) | __ | is not on proper form (must use the court's current form) |
| (3) | __ | is missing original signature by Plaintiff |
| (4) | __ | is missing affidavit |
| (5) | __ | affidavit is incomplete |
| (6) | __ | affidavit is not notarized or is not properly notarized |
| (7) | __ | names in caption do not match names in caption of complaint, petition or application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | X | other: <u>Motion is necessary only if filing fee is not paid in advance.</u> |

**Complaint or Petition:**
| | | |
|---|---|---|
| (10) | __ | is not submitted |
| (11) | X | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the Plaintiff |
| (13) | __ | is incomplete |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.**  Any papers that the Plaintiff files

in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms:  Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _18th_ day of _August_, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  **09CV01970**

Cynthia Thompson
3408 G. Road
Clifton, CO 81520

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on _____ 8/20/09 _____

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk