IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01970-BNB

CYNTHIA THOMPSON,

    Plaintiff, named as Plaintiff/Claimant,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

*SEP 3 0 2009*

GREGORY C. LANGHAM
CLERK

_____

ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be placed on the AP Docket.  Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED September 30, 2009, at Denver, Colorado.

BY THE COURT:

  s/ Boyd N. Boland_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01970-BNB

Cynthia Thompson
3408 G. Road
Clifton, CO 81520

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9|30|09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk